IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AZARI ALMUTAIRI<br>AHMAD A. ALMUTAIRI<br>Block 6, Street, House 2<br>Mishref, Kuwait<br><br>     Plaintiffs,<br><br>v.<br><br>THE JOHNS HOPKINS HEALTH<br>SYSTEM CORPORATION<br>601 North Broadway<br>Baltimore, MD 21205<br><br>SERVE ON: Resident Agent<br>     Joanne E. Pollack, Esquire<br>     600 North Wolfe Street<br>     Administration Bldg., 414<br>     Baltimore, MD 21205<br><br>and<br><br>THE JOHNS HOPKINS HOSPITAL,<br>INC., d/b/a THE JOHNS HOPKINS<br>HOSPITAL<br>601 North Broadway<br>Baltimore, MD 21205<br><br>SERVE ON: Resident Agent<br>     Joanne E. Pollack, Esquire<br>     600 North Wolfe Street<br>     Administration Bldg., 414<br>     Baltimore, MD 21205<br><br>and<br><br>THE JOHNS HOPKINS UNIVERSITY<br>3400 North Charles Street<br>Baltimore, MD 21218 | CASE NO. _____<br><br><br><br>*Removed from the Circuit Court for Baltimore<br>City, Case No. 24-C-15-004722* |

SERVE ON: Resident Agent
          Mark Rotenberg
          General Counsel
          3400 N. Charles Street
          Baltimore, MD 21218

and

JOHNS HOPKINS BAYVIEW MEDICAL
CENTER, INC., d/b/a JOHNS HOPKINS
BAYVIEW MEDICAL CENTER
4940 Eastern Avenue
Baltimore, MD 21224

SERVE ON: Resident Agent
          Joanne E. Pollack, Esquire
          BRB 102
          Johns Hopkins Health System
          Corporation
          733 North Broadway
          Baltimore, MD 21205

and

MAHMOUD MALAS, M.D.
Johns Hopkins Bayview Medical Center
4940 Eastern Avenue
Baltimore, MD 21224

and

THOMAS REIFSNYDER, M.D.
Johns Hopkins Bayview Medical Center
4940 Eastern Avenue
Baltimore, MD 21224

and

JOHNS HOPKINS COMMUNITY
PHYSICIANS, INC., and/or JOHNS
HOPKINS COMMUNITY PHYSICIANS
3100 Wyman Park Drive
Baltimore, MD 21211

SERVE ON: Resident Agent
              Joanne E. Pollack, Esquire
              600 North Wolfe Street
              Administration Bldg. 414
              Baltimore, MD 21205

Defendants.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, The Johns Hopkins Health System, Corp., The Johns Hopkins Hospital, Inc., The Johns Hopkins University, Johns Hopkins Bayview Medical Center, Inc., and Johns Hopkins Community Physicians, Inc., ("the Johns Hopkins Defendants"), as well as Mahmoud Malas, M.D. and Thomas Reifsnyder, M.D. (the "Physician Defendants") (collectively, the Johns Hopkins Defendants and the Physician Defendants are referred to as "Removing Defendants"), hereby remove the action entitled *Almutairi, et. al. v. The Johns Hopkins Health System Corp.*, Case No. 24-C-15-4722 from the Circuit Court for Baltimore City, Maryland.

## STATEMENT OF GROUNDS FOR REMOVAL

### I.    Background

1.    On September 14, 2015, Plaintiffs Azari Almutairi and Ahmad A. Almutairi filed a Complaint in the Circuit Court for Baltimore City, Maryland. (*See* Exhibit A, Complaint.)

2.    Plaintiffs claim that the Removing Defendants were negligent in the intra-operative and post-surgical management of Plaintiff Azari Almutairi. They further allege that, as a result of Removing Defendants' negligence, Mrs. Almutairi underwent numerous surgical interventions, including amputation of her right leg, which resulted in, among other alleged injuries, past medical expenses, future medical expenses, the need for future medical services and equipment, disfigurement, mental anguish, loss of earnings, and diminished earning

capacity.   Plaintiffs also claim that Mrs. Almutairi's condition resulted in, *inter alia*, "great mental anguish and financial burden" to Plaintiff Ahmad Almutairi. (Compl. ¶ 53.)

## II.   Jurisdictional Basis for Removal

### A.   The Court Has Diversity Jurisdiction Over This Removed Action Pursuant to 28 U.S.C. § 1332.

3.   Pursuant to 28 U.S.C. § 1332, the United States District Court has jurisdiction over this action because it is between citizens of different states and the amount in controversy is greater than $75,000, exclusive of interest and costs.   Thus, this action could have originally been filed in this Court.

i.   Diversity of Citizenship

4.   Plaintiffs are citizens of Kuwait.

5.   The Johns Hopkins Defendants are incorporated in Maryland, with their principal places of business in Baltimore, Maryland.   Therefore, they are citizens of Maryland.   The Physician Defendants are residents and citizens of Maryland.

ii.   Amount in Controversy

6.   Based on Plaintiffs' allegations, the Complaint seeks unspecified damages that will exceed $75,000.

## III.   Procedural Requirements for Removal

7.   None of the Removing Defendants has been served at the time of removal.   Upon information and belief, no summons has been issued for Removing Defendants.   (*See* Ex. B, Case Information Report dated September 22, 2015 from Maryland Judiciary Case Search.) Accordingly, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b). *See Robertson v. Iuliano*, Civ. No. RDB 10-1319, 2011 WL 453618 (D. Md. Feb. 4, 2011) (forum defendant rule does not apply when forum defendant has not been served); *Al-Ameri v. Johns Hopkins*

*Hospital*, Case No. 15-cv-1163-GLR (D. Md. Jun. 24, 2015), ECF No. 23[1] (denying motion to remand in medical malpractice action where the forum defendant was not served before the time of removal).

8.     This action is being removed "to the district court of the United States for the district and division embracing the place where such action is pending" under 28 U.S.C. § 1441(a).  The United States District Court for the District of Maryland, Northern Division embraces Baltimore City, Maryland. *See* 28 U.S.C. § 100(1).

9.     Removing Defendants are filing written notice of this removal with the Clerk of the Circuit Court of Baltimore City pursuant to 28 U.S.C. § 1446(d). (*See* Exhibit D, Notice of Filing of Notice of Removal.)  A copy of Removing Defendants' Notice of Filing of Notice of Removal, together with this Notice of Removal, are being served upon Plaintiffs pursuant to 28 U.S.C. § 1446(d).

10.    Removing Defendants have not been served to date.  As such, there are no "process, pleadings and orders" to attach pursuant to 28 U.S.C. § 1446.

WHEREFORE, the action filed in the Circuit Court for Baltimore City, Maryland is removed to this Court, no further proceeding shall be had in the Circuit Court for Baltimore City.

Respectfully submitted,

_/s/ M. Peggy Chu_
K. Nichole Nesbitt, Fed. Bar. No. 26137
M. Peggy Chu, Fed. Bar. No. 18507
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
T: (410) 783-4000  F: (410) 783-4040
knn@gdldlaw.com
pchu@gdldlaw.com
**Attorneys for Defendants**

---

[1] Attached as Exhibit C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September 2015, a copy of the foregoing was sent via first class mail, postage prepaid to:

Howard A. Janet
Giles H. Manley
Jason B. Penn
Janet, Jenner & Suggs, LLC
1777 Reisterstown Road, Suite 165
Baltimore, MD 21208
*Attorneys for Plaintiffs*

/s/ *M. Peggy Chu*
M. Peggy Chu

4836-7930-2439, v. 1

6